UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA GANDARILLA, *Administrator of the Estate of Dennis Gandarilla*,

                Plaintiff,

– against –

ENTERPRISE HOLDINGS INC., EAN HOLDINGS, LLC, ELRAC, LLC, *and* LUIGI PISCOPO,

                Defendants.

**ORDER**

19-cv-11579 (ER)

Ramos, D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within six months** of the date hereof, by October 26, 2023.

    Any application to reopen must be filed **six months** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **six months** with a request that the agreement be "so ordered" by the Court.

    SO ORDERED.

Dated:  April 26, 2023
           New York, New York

                                                Edgardo Ramos, U.S.D.J.